**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

GOHAGAN, et al.,            )
                                  )
                  Plaintiff,      )
                                  )
v.                                    )       Case No. 13-3358-CV-S-SWH
                                  )
THE CINCINATTI            )
        INSURANCE COMPANY,     )
                                  )
                  Defendant.     )

## JUDGMENT IN A CIVIL CASE

**_____ Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered  its verdict.

**  XX  Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that the court denies Plaintiffs' Motion for

Summary Judgment doc. 11 and grants Defendant's Motion for Summary Judgment doc. 15.


                          Ann Thompson, Court Executive


                          _/s/ Traci Chorny_____
                          Traci Chorny
                          Deputy Clerk


Dated:   September 29, 2014